IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| MATTHEW J. SLOAN<br>and ANNA M. SLOAN, | ) )<br>) | |
| Plaintiffs, | )<br>) | TC-MD 120733N |
| v. | )<br>)<br>) | |
| DEPARTMENT OF REVENUE,<br>State of Oregon, | )<br>)<br>) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

On December 21, 2012, the court sent the parties a Journal Entry instructing Plaintiffs to file a written status report within 14 days of the date of the Journal Entry stating whether Plaintiffs wished to continue their appeal. The Journal Entry advised that failure to comply with the deadline set forth therein would result in dismissal of Plaintiffs' appeal.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiffs' deadline has passed and the court has not received the Plaintiffs' written status report or any further communication from Plaintiffs. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ____ day of January 2013.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This Decision of Dismissal was signed by Magistrate Allison R. Boomer on January 9, 2013. The Court filed and entered this Decision of Dismissal on January 9, 2013.*